United States District Court
Southern District of Texas
**ENTERED**
September 12, 2019
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| GREG HRASOK, | § | |
| | § | |
| Plaintiff, | § | |
| VS. | § | CIVIL ACTION NO. 4:18-CV-591 |
| | § | |
| KRATON CORPORATION, *et al*, | § | |
| | § | |
| Defendants. | § | |

**ORDER**

The defendants' motion to dismiss the plaintiff's amended complaint (Dkt. 26) is **DENIED**.

SIGNED this day 11th day of September, 2019.

George C. Hanks Jr.
United States District Judge