UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| GREG HRASOK, Individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>KRATON CORPORATION, KEVIN M. FOGARTY, and STEPHEN E. TREMBLAY,<br><br>Defendants. | **Case No.:** 4:18-cv-591-GCH<br><br>**CLASS ACTION** |

**LEAD PLAINTIFF'S MOTION FOR FINAL APPROVAL OF
CLASS ACTION SETTLEMENT, PLAN OF ALLOCATION,
AND TO CERTIFY A CLASS FOR SETTLEMENT PURPOSES**

PLEASE TAKE NOTICE that Lead Plaintiff Greg Hrasok, by and through his attorneys, individually and on behalf of all others similarly situated, will and hereby does move this Court on April 23, 2020 at 1:00 p.m., the date and time previously set by the Honorable George C. Hanks, Jr., Courtroom 600, United States District Court for the Southern District of Texas, 515 Rusk Avenue, Houston, Texas 77002 for an order: (i) finally approving the class action settlement; (ii) finally approving the plan of allocation of settlement proceeds; and (ii) certifying the class for settlement purposes.

This motion is based on the accompanying: (i) Memorandum of Law in Support of Lead Plaintiff's Motion for Final Approval of Class Action Settlement, Plan of Allocation, and to Certify a Class for Settlement Purposes; (ii) Declaration of Phillip Kim in Support of Lead Plaintiff's Motion for Final Approval of Class Action Settlement and Plan of Allocation, and Lead Plaintiff's Motion for Award of Attorneys' Fees and Reimbursement of Expenses, and Award to Lead

Plaintiff and exhibits thereto; and (iii) the pleadings and records on file in this action, including the Stipulation and Agreement of Settlement (Dkt. No. 34-1) and the exhibits thereto, and other such matters and argument as the Court may consider at the hearing on this motion.

Dated: March 24, 2020     Respectfully submitted,

**THE ROSEN LAW FIRM, P.A.**

/s/ Phillip Kim
Phillip Kim, Esq. (*pro hac vice*)
Daniel Tyre-Karp (*pro hac vice*)
275 Madison Avenue, 40th Floor
New York, New York 10016
Telephone: (212) 686-1060
Fax: (212) 202-3827
Email: pkim@rosenlegal.com
Email: dtyrekarp@rosenlegal.com

*Lead Counsel for Lead Plaintiff and Class*

**CERTIFICATE OF SERVICE**

      I hereby certify that on the 24th of March, 2020, a true and correct copy of the foregoing document was served by CM/ECF to the parties registered to the Court's CM/ECF system.

                                        <u>/s/ Phillip Kim</u>
                                        Phillip Kim